# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

Robert P. Young, Jr.,
Chief Justice

147662

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT MEDICAL CENTER,
        Plaintiff-Appellant,

v

                                  SC: 147662
                                  COA: 304622

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant-Appellee,
                                  Wayne CC: 10-004401-NF

and

CITIZENS INSURANCE COMPANY OF
AMERICA,
        Defendant.

_____/

On order of the Court, the application for leave to appeal the July 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



                            Clerk

p0127